# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: HEALY, DONALD | § Case No. 09-35006-JS |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of U.S. Bankruptcy Court
    219 S. Dearborn Street
    Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 07/09/2010 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  06/03/2010           By:   /s/DAVID GROCHOCINSKI, TRUSTEE
                                                    Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: HEALY, DONALD | § | Case No. 09-35006-JS |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*          $       10,001.65

*and approved disbursements of*                $            0.00

*leaving a balance on hand of* [1]             $       10,001.65

Claims of secured creditors will be paid as follows:

*Claimant*                                     *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | DAVID GROCHOCINSKI, TRUSTEE | $  1,750.12 | $ |
| Attorney for trustee | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $     985.00 | $     43.77 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                                  *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,122.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.2 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                                  *Allowed Amt. of Claim*   *Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 14,862.44 | $ 3,145.80 |
| 2 | American Express Centurion Bank | $ 8,404.91 | $ 1,778.99 |
| 3 | American Express Bank, FSB | $ 4,055.14 | $ 858.32 |
| 4 | American Express Centurion Bank | $ 660.11 | $ 139.72 |
| 5 | Capital Recovery III LLC As Assignee of GE Capital | $ 278.53 | $ 58.95 |
| 6 | PYOD LLC its successors and assigns as assignee of Citibank | $ 5,861.05 | $ 1,240.56 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                                      Allowed Amt. of Claim   Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                                      Allowed Amt. of Claim   Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL 60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vbrown                 Page 1 of 2                   Date Rcvd: Jun 04, 2010
Case: 09-35006                 Form ID: pdf006              Total Noticed: 43

The following entities were noticed by first class mail on Jun 06, 2010.
db           +Donald M Healy,    20 W 201 Meadow Ln.,    Lemont, IL 60439-9624
aty          +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
aty          +Justin J Guler,    Fleck Law Group,    900 S. Frontage Road,    Suite 310,
               Woodridge, IL 60517-4907
tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,     1900 Ravinia Place,
               Orland Park, IL 60462-3760
14478604     +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
14478607     +American Express,    PO Box 981537,    El Paso, TX 79998-1537
15068734      American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
15074445      American Express Centurion Bank,    Becket and Lee LLP,    Attorneys/ Agent for Creditor,
               POB 3001,    Malvern, PA 19355-0701
15068733      American Express Centurion Bank,    Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15533202     +American Home Mortgage Servicing, Inc,    1525 S. Beltline Road Suite 100N,
               Coppell, TX 75019-4913
14478608     +American Home Mtg Srv,    Attn: Bankruptcy,    4600 Regent Blvd,    Irving, TX 75063-2443
14478609     +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
14478610     +Ballys,    8700 West Bryn Mawr,    Chicago, IL 60631-3512
14478611     +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
14478612     +Bk Of Amer,    Po Box 17054,    Wilmington, DE 19850-7054
14478614     +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
14478615     +Cba/equity One,    121 Woodcrest Rd,    Cherry Hill, NJ 08003-3620
14478616     +Charter One Auto Finance,    Attn: Bankruptcy,    480 Jefferson Blvd,    Warwick, RI 02886-1359
14478618     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
14478619     +Chase Manhattan Mortgage,    Attention: Research Dept. G7-PP,    3415 Vision Drive,
               Columbus, OH 43219-6009
14478620     +Citibank,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
14478621     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
14478624     +Fifth Third Bank,    C/O Bankruptcy Dept, Mdropso5,    1850 East Paris,
               Grand Rapids, MI 49546-6210
14478625     +First Horizon Home Loans,    4000 Horizon Way,    Attn: Bankruptcy,    Irving, TX 75063-2260
14478626     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14478627     +First USA Bank - Chase,    Attention: Customer Service,    Po Box 94014,    Palatine, IL 60094-4014
14478628     +Fst Tn Bk Mp,    6522 Chapman Hwy,    Knoxville, TN 37920-6567
14478629     +G M A C,    2740 Arthur St,    Roseville, MN 55113-1303
14478633    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc/neimn,    Attn: Bankruptcy,    Po Box 15522,
               Wilmington, DE 19850)
14478631     +Harris N.a.,    Po Box 94034,    Palatine, IL 60094-4034
14478632     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
14478634     +Karl L Sanda,    17201 Jefferson St.,    PO Box 428,    Union, IL 60180-0428
14478635     +Midland Credit Mgmt,    8875 Aero Dr  Ste 200,    San Diego, CA 92123-2255
14478636      Nissn Inf Lt,    Attn: Bankruptcy,    Po Box 371491,    Pittsburg, PA 75266
14478637     +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
14478638      Old Kent Bk & Tr Co,    Po Box 100,    Grand Rapids, MI 49501
15290870     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14478639     +Wells Fargo,    Po Box 60510,    Los Angeles, CA 90060-0510
The following entities were noticed by electronic transmission on Jun 04, 2010.
15112909     +E-mail/PDF: rmscedi@recoverycorp.com Jun 05 2010 00:17:38
               Capital Recovery III LLC As Assignee of GE Capital,    Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14478622     +E-mail/Text: resurgentbknotifications@resurgent.com                            Collection,
               Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
14989006      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 05 2010 00:05:53      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
14478623     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 05 2010 00:05:53      Discover Fin Svcs Llc,
               Po Box15316,    Wilmington, DE 19850-5316
14478630     +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2010 00:17:25      Gemb/walmart,    Po Box 981400,
               El Paso, TX 79998-1400
                                                                                               TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14478605*    +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
14478606*    +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
14478613*    +Bk Of Amer,    Po Box 17054,    Wilmington, DE 19850-7054
14478617*    +Charter One Auto Finance,    Attn: Bankruptcy,    480 Jefferson Blvd,    Warwick, RI 02886-1359
                                                                                               TOTALS: 0, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1         User: vbrown              Page 2 of 2              Date Rcvd: Jun 04, 2010
Case: 09-35006               Form ID: pdf006           Total Noticed: 43

                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2010**                          **Signature:**    /s/ Joseph Speetjens